| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Trevor M. Broad<br>Special Agent: Kyle Sise | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Rockim OLIVER

Case No.    Case: 2:20−mj−30424
Assigned To : Unassigned
Assign. Date : 10/13/2020
Description: CMP USA V OLIVER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Kyle Sise, Special Agent (ATF)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 13, 2020__

_Judge's signature_

City and state: __Detroit, Michigan__     Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Kyle W. Sise, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since November 2016, and I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I was a police officer with the City of Detroit, Michigan, for approximately 17 years.

3. As an ATF Special Agent, I have authored numerous federal search warrants, federal criminal complaints, and federal arrest warrants.

4. As an ATF Special Agent, I have participated in numerous criminal investigations, including investigations involving firearms, armed drug tracking, and criminal street gangs. I am familiar with, and have experience using, a variety of investigative techniques and resources, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.

5. I have personal knowledge or have been provided by other law enforcement officers with the facts set forth herein. I have not included each and every fact known to me concerning this investigation; rather I have set forth only the facts necessary to establish probable cause that Rockim OLIVER violated 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

## PROBABLE CAUSE

6. I reviewed a Computerized Criminal History ("CCH") for OLIVER, which showed that he was convicted of Felony – Unarmed Robbery in May 2016 in the Third Circuit Court of the State of Michigan.

7. On August 25, 2020, ATF agents and Detroit police officers executed a federal search warrant at OLIVER's residence located on

2

Piedmont Street in Detroit, Michigan ("Search Location"). The Search Location is the residence that OLIVER provided the Michigan Department of Corrections as his probation address when he was on probation from on or about May 18, 2018 to on or about May 14, 2020.

8.  OLIVER was inside the residence at the time of the search and was first encountered by law enforcement exiting the basement stairs area with Eenich Miller.

9.  As further detailed below, Eenich Miller told law enforcement that he does not reside at the Search Location, but often stays overnight there when he is visiting relatives. Like OLIVER, Miller is prohibited from possessing firearms based on his criminal record.

10. The basement at the Search Location was set up as a single bedroom, with a bed and an end table. Based on my training and experience, I know that individuals often keep their possessions, more specifically, their cellular phone and mail in their bedroom. In the basement, law enforcement recovered two pieces of mail on the end table near the bed that were addressed to OLIVER with the Search Location address, and an iPhone on the bed. OLIVER told law

enforcement that the iPhone belonged to him. In addition, as further described below, Miller told law enforcement that OLIVER slept in the basement the previous night. Accordingly, there is probable cause to believe that OLIVER was living in the basement at the time of the search.

11. During the search, law enforcement recovered one Glock, Model 43, 9mm pistol, bearing serial number ABTF561, loaded with nine rounds of 9mm ammunition. The pistol was found on top of a laundry bag in the middle of the basement bedroom.

12. After receiving a *Miranda* warning, OLIVER agreed to be interviewed. During the interview, OLIVER indicated the following:

    a. OLIVER claimed the recovered Glock pistol belonged to Eenich Miller;

    b. OLIVER stated that OLIVER paid $1275 for the Glock pistol and bought it from "C";

    c. OLIVER stated that he sold the pistol to Miller and made $125;

    d. OLIVER stated that he possessed the recovered Glock pistol for "probably . . . like a day" then sold it to Miller.

4

13. After receiving a *Miranda* warning, Miller agreed to be interviewed. During the interview, Miller indicated the following:

    a. Miller said he does not reside at the residence, but often stays overnight when visiting relatives.

    b. Miller said OLIVER slept in the basement the previous night and he (Miller) slept on the couch on the main floor of the residence.

    c. Miller said he never physically saw a firearm at that residence.

    d. Miller said he did not know about the Glock pistol that was recovered at the residence, and said that he never saw anyone at the residence possess firearms.

14. I consulted with ATF Special Agent McLean, a certified firearms Interstate Nexus expert, concerning the manufacture of the above-mentioned Glock, Model 43, 9mm caliber pistol. Special Agent McLean stated that the firearm meets the federal definition of a firearm and was manufactured outside the state of Michigan. Therefore, the firearm traveled in and affected interstate and/or foreign commerce.

5

## CONCLUSION

15. Based on the above facts, there is probable cause to believe that OLIVER, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, in violation of 18 U.S.C. § 922(g)(1).

_____
Special Agent Kyle Sise
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated: October 13, 2020